■ Argued June 13, 1973. *Stuart Schuman,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Avery, Appellant.

Argued June 13, 1973. *David Weinstein,* with him *Weinstein, Goss & Katzenstein,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Banks, Appellant.

Submitted June 15, 1973. *Taylor Andrews* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Banks.

Argued June 11, 1973. *Martin H. Belsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *John W. Packel,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellee.

Order affirmed.

WATKINS, J., dissents.

## Commonwealth *v.* Beacraft, Appellant.

Argued June 12, 1973. *William I. English, Jr.,* with him *Daniel Quinlan,* for appellant; *J. David Bean,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District